IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DJUAN ALEXANDER** | * |
| | * CIVIL ACTION NO. 2:22-cv-05457 |
| Plaintiff, | * |
| | * |
| vs. | * |
| | * JUDGE ELDON E. FALLON |
| **STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | * * * * MAGISTRATE DONNA * PHILLIPS CURRAULT * |
| **Defendants** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO ENROLL AS COUNSEL OF RECORD**

NOW INTO COURT through undersigned counsel comes Plaintiff Djuan Alexander, who moves this Court to allow Peter J. Diiorio to be enrolled as counsel of record for Plaintiff Djuan Alexander.

RESPECTFULLY SUBMITTED,

*/s/ Diiorio*
_____
**PETER J. DIIORIO, #29837**
New Orleans Legal, LLC
825 Baronne Street
New Orleans, LA 70113
(504) 897-5580
(504) 897-5570 fax
peter@neworleanslegal.com

**ATTORNEY FOR PLAINTIFF
DJUAN ALEXANDER**

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Motion to Enroll as Counsel was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent counsel of record by operation of the Court's electronic filing system.

*/s/ Peter J. Diiorio*
_____
**Peter J. Diiorio**